**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

MARK ANDERSON,

          Plaintiff,

vs.

WESLEY S. WHITE, *et al.*,

          Defendants.

2:13-cv-02097-JCM-VCF

**MINUTE ORDER**

Before the court is Defendant's Request to Appear by Telephone, case no. 2:13-cv-02097-JCM-VCF.

Defendant has given sufficient reason to appear by telephone.

IT IS HEREBY ORDERED that defendant's request to appear by telephone is GRANTED.

The call in conference number is 1-702-878-4911, passcode 123456. The call must be generated from a land line and defendant must call in five minutes prior to the scheduled hearing time.

IT IS SO ORDERED.

DATED this 22nd day of July, 2014.

                                                      CAM FERENBACH
                                                      UNITED STATES MAGISTRATE JUDGE