**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

MARK ANDERSON,

        Plaintiff,

vs.

WESLEY S. WHITE, *et al.*,

        Defendants.

2:13-cv-02097-JCM-VCF

**ORDER**

      Before the court is the Emergency Motion to Quash Subpoenas Issued by Plaintiff and for Protective Order (#57 and 59).

      IT IS HEREBY ORDERED that any opposition must be filed on or before August 4, 2015. No reply necessary.

      IT IS FURTHER ORDERED that a hearing on the Emergency Motion to Quash Subpoenas Issued by Plaintiff and for Protective Order (#57 and 59) is scheduled for 2:00 p.m., August 6, 2015.

      DATED this 30th day of July, 2015.

                                                  CAM FERENBACH
                                                UNITED STATES MAGISTRATE JUDGE